EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: <br><br> Aprobación de Cambio de Estatus Inactivo de enero de 2025 | 2025 TSPR 14 <br><br> 215 DPR ___ |

Número del Caso:  EM-2025-0002

Fecha:  28 de febrero de 2025

Materia: Aprobación de Cambio de Estatus Inactivo de enero de 2025.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de enero de 2025

EM-2025-0002

RESOLUCIÓN

En San Juan, Puerto Rico, a  28 de febrero de 2025.

Durante el periodo de enero de 2025, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Nicolás Gautier Vega | 4,200 |
| Rafael A. Rodríguez Moctezuma | 7,065 |
| Aixa Maldonado Quiñones | 10,052 |
| Eric J. McDonald Guadalupe | 10,986 |
| Hans S. Perl Matanzo | 15,211 |
| Scarlett M. Medina Del Valle | 22,125 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo